### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH BLAIR,** : | |
|      **Plaintiff,** : | |
| : | |
| **v.** : | Civ. No. 18-5255 |
| : | |
| **THE VANGUARD GROUP, INC.,** : | |
|      **Defendant.** : | |

### O R D E R

**AND NOW**, this 26th day of February, 2019, upon consideration of the Parties' Stipulated and Proposed Order of Confidentiality (Doc. No. 9), it is hereby **ORDERED** that the Parties' Stipulation and Proposed Order (Doc. No. 9) is **APPROVED and ADOPTED**. Fed. R. Civ. P. 26(c)(1); <u>Pansy v. Borough of Stroudsburg</u>, 23 F.3d 772, 786 (3d Cir. 1994).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.